# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2020

161006

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* A. SCHEPPERLY, Minor.

SC: 161006
COA: 349473
Antrim CC Family Div:
18-008045-NA

_____/

On order of the Court, the application for leave to appeal the January 28, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2020



Clerk

b0414